Ronald H. Freshman, Esq. (SBN 225136)
**LAW OFFICES OF RONALD H. FRESHMAN**
222 West 6th Street, Suite 400
San Pedro, CA 90731
Telephone: (858) 756-8288
Facsimile: (858) 964-1728

Attorney for Plaintiff, Kwadwo Hwenso Asare-Antwi

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWADWO HWENSO ASARE-ANTWI, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO, N.A.; QUALITY LOAN SERVICE CORPORATION; CLEAR RECON CORP; DOES 1 through 5 inclusive herein, <br><br> Defendants. | **Case No** 8:19−cv−00887−JVS−KES <br> Related to Case: 5:19-cv-00928-JVS-KES <br> *Assigned to Hon. Judge James V. Selna* <br><br> **JUDGMENT IN FAVOR OF DEFENDANT, WELLS FARGO, N.A.** |

Having granted the motions brought by defendant Wells Fargo, N.A. ("Wells Fargo") to dismiss Plaintiff's First Amended Complaint (Docket No. 55) and Second Amended Complaint (Docket No. 81), and all such claims against Wells Fargo having been dismissed by this Court with prejudice, and Plaintiff opting not to amend to plead TILA claims per the Court's leave,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that judgment shall be and hereby is entered in favor of Wells Fargo, N.A. and against Plaintiff

Kwadwo Hwenso Asare-Antwi ("Plaintiff") and that Plaintiff shall take and recover nothing against Wells Fargo, N.A. in this action.

**IT IS SO ORDERED.**

Dated: December 30, 2019

By: _____
HON. JAMES V. SELNA